**Johnny Ray SMITH, Appellant,**

v.

**Fred T. WILKINSON, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

**No. 18024.**

United States Court of Appeals
Fifth Circuit.

Jan. 21, 1960.

Rehearing Denied by Court En Banc
Feb. 11, 1960.

Johnny Ray Smith, in pro. per.

E. Ralph Ivey, Asst. U. S. Atty., Charles D. Read, Jr., U. S. Atty., Atlanta, Ga., for appellee.

Before TUTTLE, CAMERON and WISDOM, Circuit Judges.

PER CURIAM.

The judgment of the trial court denying the petition for writ of habeas corpus based on an alleged incorrect computation of time of service is hereby affirmed.

**John C. WEBB and Helen H. Webb, Appellants,**

v.

**UNITED STATES of America, Appellee.**

**No. 7999.**

United States Court of Appeals
Fourth Circuit.

Argued Jan. 13, 1960.

Decided Jan. 18, 1960.

John C. Webb, pro se.

Hugh Nugent, Atty., Dept. of Justice, Washington, D. C. (Perry W. Morton, Asst. Atty. Gen., Leon H. A. Pierson, U. S. Atty., Baltimore, Md., and S. Billingsley Hill, Atty., Dept. of Justice, Washington, D. C., on brief), for appellee.

Before SOPER, HAYNSWORTH and BOREMAN, Circuit Judges.

PER CURIAM.

Affirmed upon the opinion of the District Court, United States v. 72.71 Acres of Land, etc., 23 F.R.D. 635.

Affirmed.